```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

MAURICE SANDERS #B-79840,        )
                                 )
               Plaintiff,        )
                                 )
     v.                          )    No.  10 C 623
                                 )
CITY OF CHICAGO, et al.,         )
                                 )
               Defendants.       )
```

MEMORANDUM ORDER

This Court's September 21, 2010 memorandum reflected this Court's threshold view of the 42 U.S.C. §1983 ("Section 1983") Complaint that had been filed by pro se plaintiff Maurice Sanders ("Sanders") in light of the then-received "Defendants' Motion To Dismiss Plaintiff's Complaint" that had been filed by several defendants targeted by Sanders. Because Sanders has not, as the memorandum requested, filed a response that would identify any arguable predicate for retaining defendants Superintendent Slaughter and Lieutenant Martinez, they are indeed dismissed as defendants.

But because the just-received Answer filed by a defendant whom Sanders has identified as "Officer Grey" has revealed an even broader basis for dealing with the nonviability of this action, this memorandum order turns to that subject. Officer Grey has included, as his Affirmative Defense 2, an assertion that Sanders has failed to exhaust the administrative remedies that 42 U.S.C. §1997e(a) has made a precondition to the filing of

a lawsuit by a person in custody (such as Sanders). That being so, this action must be and is dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 20, 2010